UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVIS C.D. PENDLEY,<br><br>             Petitioner,<br>  v.<br><br>JASON BENNETT,<br><br>             Respondent. | CASE NO. 2:23-cv-01141-DGE-GJL<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

This matter is before the Court on referral from the District Court and on Petitioner's Motion for an extension of time to respond to the Answer to Petitioner's habeas Petition ("Motion"). Dkt. 21. Respondent does not oppose the Motion. *See* Dkt. 23. Upon consideration of the Motion and lack of opposition by Respondent, the Court finds Petitioner has shown good cause and **GRANTS** the Motion. Dkt. 21. Petitioner may respond to the Answer to the habeas Petition on or before **November 18, 2024**. Further, the Clerk of Court is directed to **RENOTE** the Answer (Dkt. 19) for consideration on **November 18, 2024**.

Dated this 13th day of September, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1