UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS C.D. PENDLEY,

        Petitioner,

v.

JASON BENNETT,

        Respondent.

CASE NO. 2:23-cv-01141-DGE-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold and the remaining record, and there being no objections, does hereby find and ORDER:

(1)    The R&R (Dkt. No. 36) is ADOPTED;

(2)    Petitioner's Motion to supplement or amend his Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED;

(3)      A certificate of appealability on this issue is DENIED; and

(4)      The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 1st day of August, 2025.

David G. Estudillo
United States District Judge